# IN THE SUPREME COURT OF THE STATE OF NEVADA

IMAGE MAKERS AUTOMOTIVE
LANDHOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
GUSTAVO JARQUIN, AN
INDIVIDUAL; AND CARLOS ALEMAN,
AN INDIVIDUAL,

Appellants,

vs.

SUSAN DAVILA, F/K/A SUSAN
M.CABRERA,

Respondent.

No. 73857

FILED

JUL 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Stefany Miley, District Judge
William C. Turner, Settlement Judge
Law Office of Karen H. Ross
CV3 Legal
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-24991